FILED

DEC 13 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR HERRERA-COVARRUBIAS,<br>Defendant. | Criminal Case No. 07cr3339-JLS<br>**INFORMATION**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about November 19, 2007, within the Southern District of California, defendant EDGAR HERRERA-COVARRUBIAS, did knowingly and intentionally import approximately 73.08 kilograms/160.77 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/13/07.

KAREN P. HEWITT
United States Attorney

for DAVID D. LESHNER
Assistant U.S. Attorney

DDl:rp:San Diego
12/5/07