AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

EDGAR HERRERA-COVARRUBIAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3339-JLS

I, EDGAR HERRERA-COVARRUBIAS, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before

Judicial Officer

FILED

DEC 13 2007

RRh